**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*: _____   Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Boutique NV, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | The Retreat on Charleston Peak<br>FDBA  Mt Charleston Landlord |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-5458132 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2755 Kyle Canyon Road<br>Las Vegas, NV 89124-9282<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Clark<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**   https://retreatoncharlestonpeak.com/

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor   Boutique NV, LLC
         Name

Case number (*if known*) _____

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
7211

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  Boutique NV, LLC  
        Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

☒ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  

☒ $1,000,001 - $10 million  

☐ $500,000,001 - $1 billion

Debtor   Boutique NV, LLC _____   Case number (*if known*) _____
        Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Boutique NV, LLC                                         Case number (If known)
        Name

■ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/16/2021
             MM / DD / YYYY

X _____            Deanna M. Crossman
  Signature of authorized representative of debtor    Printed name

Title  Manager

18. Signature of attorney

X _____            Date  6/16/21
  Signature of attorney for debtor                   MM/ DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone  702-382-1170     Email address  mzirzow@lzlawnv.com

7222 NV
Bar number and State

# Unanimous Written Consent of Members of
# BOUTIQUE NV, LLC
# A Nevada Limited Liability Company

The undersigned, being the managers (collectively, the "Managers") of BOUTIQUE NV, LLC, a Nevada limited liability company, and as successor by merger to Mt. Charleston Landlord, LLC (collectively, the "Company"), hereby approve and adopt the following resolutions effective as the date set forth below:

RESOLVED that in the judgment of the Managers, and in consultation with the advice of its legal and financial advisors, it is desirable and in the best interests of the Company and its creditors, equity security holders, and other interested parties that a voluntary petition for relief be filed under chapter 11, Subchapter V, of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that DEANNA CROSSMAN, as a Manager and President of the Company (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules and related documents under chapter 11 of the Bankruptcy Code, Subchapter V, and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case as general reorganization counsel, and the Responsible Person is further authorized to engage such other professionals or persons as are necessary and appropriate to complete the Company's chapter 11 bankruptcy reorganization, and with all of the foregoing being subject to any requisite bankruptcy court approval.

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which she deems necessary, proper or desirable in connection with the chapter 11 case.

RESOLVED that the Responsible Person, and such other persons as she shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, being the Managers of the Company, by execution hereof, hereby approve this Written Consent as of the date first above written.

Witness our signatures as of the 11th of June, 2021:

_____
Colin Crossman
As Manager of Boutique NV, LLC

_____
Deanna Crossman
As Manager of Boutique NV, LLC

*DocuSigned by:* *Colin Crossman*
Colin Crossman

For Himself
As Member of Boutique NV, LLC

*DocuSigned by:* *David Gardner*
David Gardner

For Himself
As Member of Boutique NV, LLC

*DocuSigned by:* *Jeff Lyons*
Jeff Lyons

For Himself
As Member of Boutique NV, LLC

*DocuSigned by:* *Chris Klutch*
Christopher Klutch

For Himself
As Member of Boutique NV, LLC

*DocuSigned by:* *Mike Hockenberry*
Michael Hockenberry

For MHK Holdings II, LLC
As Member of Boutique NV, LLC

*DocuSigned by:* *Deana Crossman*
Deanna Crossman

For Herself
As Member of Boutique NV, LLC

*DocuSigned by:* *SM*
Shelley McPhatter

For CH3 Holdings, LLC
As Member of Boutique NV, LLC

*DocuSigned by:* *Jason Lyons*
Jason Lyons

For Himself
As Member of Boutique NV, LLC

*DocuSigned by:* *Richard Kristof*
Richard Kristof

For Tri Helix, LLC
As Member of Boutique NV, LLC

**Fill in this information to identify the case:**

Debtor name  Boutique NV, LLC

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration    List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/16/2021    x _____
                            Signature of individual signing on behalf of debtor

                            Deanna M. Crossman
                            Printed name

                            Manager
                            Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Boutique NV, LLC | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mountain West Debt Fund, L.P. Attn: Managing Member 357 West 200 South, Ste. 200 Salt Lake City, UT 84101 | | Real property and 62 room, 45,396 SF hotel building, located at 2755 Kyle Canyon Rd., Las Vegas, Nevada 89124; APN 128-28-304-001 | Disputed | $6,657,498.70 | $4,800,000.00 | $1,857,498.70 |
| Small Business Administration Nevada District Office Attn: Joseph Amato, Distrct Director 300 S. Fourth Street, # 400 Las Vegas, NV 89101 | | PPP Loan | Contingent | | | $414,000.00 |
| Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | | Taxes | Disputed | | | $268,257.94 |
| State of Nevada Dept. of Taxation Attn: Bankruptcy Dept / Managing Aget Grant Sawyer Bldg. 555 E. Washington Ave, Suite 1300 Las Vegas, NV 89101 | | Sales tax | Disputed | | | $139,875.00 |
| Clark County Assessor c/o Bankruptcy Clerk 500 S. Grand Central Pkwy Box 551401 Las Vegas, NV 89155 | | Occupancy tax | Disputed | | | $43,822.04 |

Debtor   Boutique NV, LLC                                   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| State of NV DETR 500 East Third Street Carson City, NV 89713-0030 | | Judgment in favor of the State of Nevada, Dept. of Employment Security Division | Disputed | | | $21,833.53 |
| Edwar Orasi 10000 W. Charleston Blvd., Ste. 130 Las Vegas, NV 89135 | | Trade debt | | | | $15,000.00 |
| Morningstar Law Firm Attn: Managing Member 421 Fayetteville Street, Ste. 530 Raleigh, NC 27601 | | Services | Disputed | | | $7,060.01 |
| Roto Rooter Attn: Bankruptcy Dept/Managing Agent 404 S. Boulder Highway Las Vegas, NV 89105 | | Services | Disputed | | | $5,000.00 |
| Clark County Assessor c/o Bankruptcy Clerk 500 S. Grand Central Pkwy Box 551401 Las Vegas, NV 89155 | | Sales tax | Disputed | | | $3,928.87 |
| Lori Dunlap c/o David Boehrer Law Firm Attn: David Boehrer, Esq. 375 Stephanie Street, Ste. 2213 Henderson, NV 89014 | | Pending state court action; case no. A-19-803332-c | Contingent Unliquidated Disputed | | | $0.00 |

# United States Bankruptcy Court
## District of Nevada

In re: Boutique NV, LLC  
Debtor(s)

Case No.  
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CH3 Holdings, LLC<br>Attn: Managing Member<br>1520 Crenshaw Point<br>Wake Forrest, NC 27587 | | 3,619.90950 | Membership |
| Chris Klutch<br>308 South Sycamore St.<br>Petersburg, VA 23803 | | 1,583.71041 | Membership |
| Colin Crossman<br>1903 South Greeley Hwy.<br>Cheyenne, WY 82007 | | 5,100 | Membership |
| David Gardner<br>102 Anna Lake Lane<br>Cary, NC 27513 | | 452.48869 | Membership |
| Deanna Crossman<br>1903 South Greeley Hwy.<br>Cheyenne, WY 82007 | | 4,900 | Membership |
| Jason Lyons<br>1909 Suffolk Way<br>Carmichael, CA 95608 | | 226.24434 | Membership |
| Jeffrey Lyons<br>109 Delafield Ct.<br>Morrisville, NC 27560 | | 678.73303 | Membership |
| MHK Holdings II, LLC<br>Attn: Managing Member<br>300 W. Morgan St.<br>Ste. 1510<br>Durham, NC 27701 | | 452.48869 | Membership |
| TriHelix, LLC<br>1020 Timber Lane<br>Wilmette, IL 60091 | | 1,085.97285 | Membership |

In re: Boutique NV, LLC                                          Case No.
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  6/16/2021                    Signature  _____
                                              Deanna M. Grossman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re  Boutique NV, LLC

Debtor(s)

Case No. _____

Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 6/16/2021

Deanna M. Crossman/Manager
Signer/Title

Boutique NV, LLC
2755 Kyle Canyon Road
Las Vegas, NV 89124-9282

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

ATM Merchant Systems
Attn: Managing Member
1667 Helm Drive
Las Vegas, NV 89119

Beazley USA Services, Inc.
Attn: Managing Member
141 Tremont Street
Boston, MA 02111

Deanna Crossman
1903 South Greeley Hwy.
Cheyenne, WY 82007

Edwar Orasi
10000 W. Charleston Blvd., Ste. 130
Las Vegas, NV 89135

Employers
Attn: Managing Member
P.O. Box 539003
Henderson, NV 89053-9003

Lori Dunlap
c/o David Boehrer Law Firm
Attn: David Boehrer, Esq.
375 Stephanie Street, Ste. 2213
Henderson, NV 89014

Morningstar Law Firm
Attn: Managing Member
421 Fayetteville Street, Ste. 530
Raleigh, NC 27601

Mountain West Debt Fund, L.P.
Attn: Managing Member
357 West 200 South, Ste. 200
Salt Lake City, UT 84101

Revco Leasing
Attn: Managing Member
3244 South 300 West
Salt Lake City, UT 84115

Roto Rootor
Attn: Bankruptcy Dept/Managing Agent
404 S. Boulder Highway
Las Vegas, NV 89105

Small Business Administration
Nevada District Office
Attn: Joseph Amato, Distrct Director
300 S. Fourth Street, # 400
Las Vegas, NV 89101

State of Nevada Dept. of Taxation
Attn: Bankruptcy Dept / Managing Aget
Grant Sawyer Bldg.
555 E. Washington Ave, Suite 1300
Las Vegas, NV 89101

State of NV DETR
500 East Third Street
Carson City, NV 89713-0030

United Coin Machine Co.
dba Century Gaming Technologies
Attn: Compliance Officer
600 Pilot Rd., Ste. E
Las Vegas, NV 89119

United Coin Machine Co.
c/o Resident Agent
Attn: Melissa Waite, Esq.
3883 Howard Hughes Pkway, #800
Las Vegas, NV 89169

Mountain West Debt Fund, LP
Attn: Managing Member
2298 W. Horizon Ridge Pkwy., Ste. 213
Henderson, NV 89052

Mountain West Debt Fund, LP
Attn: Andrew Menlove
2298 W. Horizon Ridge Pkwy., Ste. 21
Henderson, NV 89052

CH3 Holdings, LLC
Attn: Managing Member
1520 Crenshaw Point
Wake Forrest, NC 27587

Chris Klutch
308 South Sycamore St.
Petersburg, VA 23803

Colin Crossman
1903 South Greeley Hwy.
Cheyenne, WY 82007

David Gardner
102 Anna Lake Lane
Cary, NC 27513

Jason Lyons
1909 Suffolk Way
Carmichael, CA 95608

Jeffrey Lyons
109 Delafield Ct.
Morrisville, NC 27560

MHK Holdings II, LLC
Attn: Managing Member
300 W. Morgan St.
Ste. 1510
Durham, NC 27701

TriHelix, LLC
1020 Timber Lane
Wilmette, IL 60091